4107. HEWELL *v.* BROWN BROTHERS *et al.*

RUSSELL, J. This case, in principle, is controlled by the decision of this court in the case of *Boyce* v. *Day,* 3 *Ga. App.* 275 (2).

*Judgment affirmed.*

DECIDED FEBRUARY 11, 1913.

Money rule; from city court of Elberton—Judge Grogan. February 21, 1912.

*C. P. Harris,* for plaintiff in error.  *Ward & Payne,* contra.